ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 MAR 30  PM 3: 39

DEPUTY CLERK   MS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

DARIUS WILLIAMS

Case No.

3-22CR0132-M

# INFORMATION

The United States Attorney Charges:

At all times material to the information:

## Count One
### Theft of United States Mail by a Postal Employee
(Violation of 18 U.S.C. § 1709)

On or about March 27, 2021, in the Dallas Division of the Northern District of Texas, and elsewhere, defendant **Darius Williams**, a United States Postal Service employee, did steal mail matter and any article or thing contained in the mail matter, including a large number of United States Treasury stimulus checks, which had been entrusted to the defendant for the purpose of being delivered by mail.

In violation of 18 U.S.C. § 1709.

**[Remainder of Page Blank, Only Signature Follows]**

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Paul Morris*
_____
PAUL B. MORRIS
Special Assistant United States Attorney
Illinois Bar No. 6297240
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: paul.morris@usdoj.gov